UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>  *Plaintiff*,<br><br>  *v.*<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION,<br><br>  *Defendant*. | No. 1:22-cv-00978-APM |

## NOTICE OF WITHDRAWAL OF COUNSEL

It is respectfully requested that the Clerk of the Court please withdraw the appearance of Reed D. Rubinstein as counsel for the Plaintiff in the above-captioned case. Mr. Rubinstein will begin serving as the Legal Adviser of the Department of State on May 27, 2025. The Plaintiff will continue to be represented by Andrew J. Block.

Dated: May 23, 2025

Respectfully submitted,

/s/ *Andrew J. Block*
REED D. RUBINSTEIN
D.C. Bar No. 400153
Andrew J. Block
D.C. Bar No. 90002845
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave, SE
#231
Washington, DC 20003
Tel.: (202) 964-3721
E-mail: reed.rubinstein@aflegal.org

## **CERTIFICATE OF SERVICE**

I here certify that on May 23, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

/s/ *Andrew Block*
Andrew Block