UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION,<br><br>Defendant. | Civil Action No. 22-0978 (APM) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Centers for Disease Control and Prevention ("CDC") respectfully submits this notice of supplemental authority in support of Defendant's pending motion for summary judgment (ECF No. 29) and in opposition to Plaintiff's motion for summary judgment (ECF No. 32). Today, the D.C. Circuit issued a precedential opinion in *Rudometkin v. United States*, --- F.4th ---, No. 23-5180, 2025 WL 1634729 (D.C. Cir. June 10, 2025). *Rudometkin* clearly "reject[s] [plaintiff's] claim that allegations of government misconduct can overcome Exemption 5's deliberative-process privilege." *Id.* at *6; *see also id.* ("No Government Misconduct Exception Exists for FOIA Exemption 5." (emphasis omitted)). This forecloses Plaintiff's continued reliance on the government misconduct exception in this case—Plaintiff's primary argument here.

Defendant notes that *Rudometkin* separately reversed the district court's decision because "[a]bsent from Herrington's declarations, however, is a statement that the Government reviewed the exempt portions of the documents to assess 'whether any information could be segregated and released without causing a foreseeable harm to the agency.'" *Id.* at *8 (citation omitted). Here, in contrast, Defendant's declaratory support does precisely that. *See, e.g.*, Andoh Decl. (ECF

No. 29-4) ¶ 95 ("These records are all addressed above, but CDC emphasizes that it has carefully examined each of these pages (as it did all pages in these productions) to determine whether these pages could be produced in part without causing foreseeable harm. CDC determined that no further material could be disclosed without causing foreseeable harm.").

Dated: June 10, 2025                    Respectfully submitted,

                                                   JEANINE FERRIS PIRRO
                                                   United States Attorney


By:       /s/ *Douglas C. Dreier*
      DOUGLAS C. DREIER, D.C. Bar #1020234
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      (202) 252-2551

*Attorneys for the United States of America*